STATE OF NEW JERSEY v. JOSEPH KUKLINSKI.

September 19, 1973. Petition for certification denied.

PRINCETON FIRST AID AND RESCUE SQUAD, INC. v.
DIVISION ON CIVIL RIGHTS.

September 19, 1973. Petition for certification denied. (See 124 *N. J. Super.* 150)

JOSEPH B. SUFFNESS v.
DOCK WATCH QUARRY PIT, INC.

September 19, 1973. Petition for certification granted.

PRINCETON LABORATORIES, INC. v. BERNARD FISHBEIN.

September 19, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE F. DOLAN.

September 19, 1973. Petition for certification denied.

BERTHA SCHRAMM v. ARSENAL ESSO STATION AND
KRAUSZER'S DAIRY STORES, INC.

September 19, 1973. Petition for certification granted. (See 124 *N. J. Super.* 135)